RECOMMENDED FOR FULL-TEXT PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 17a0139p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

JAE LEE,

*Petitioner-Appellant,*

No. 14-5369

*v.*

UNITED STATES OF AMERICA,

*Respondent-Appellee.*

On Remand from the United States Supreme Court.
Nos. 2:09-cr-20011-1; 2:10-cv-02698—John Thomas Fowlkes, Jr., District Judge.

Decided and Filed: July 7, 2017

Before: NORRIS, BATCHELDER, and SUTTON, Circuit Judges.

---

**ORDER**

---

ALICE M. BATCHELDER, Circuit Judge. In light of the Supreme Court's decision in *Lee v. United States*, No. 16-327, 2017 WL 2694701 (U.S. June 23, 2017), we hereby VACATE the judgment of the district court and REMAND for further proceedings consistent with the opinion of the Supreme Court.